# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 89 EAL 2013 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : **Published Opinion and Order** of the |
| v. | : Superior Court at No. 1166 EDA 2011, at |
| | : 59 A.3d 663 (Pa. Super. 2013) filed |
| | : January 3, 2013, **affirming** the Judgment |
| DONTEZ PERRIN, | : of Sentence of the Philadelphia County |
| | : Court of Common Pleas at No. |
| Respondent | : CP-51-CR-0003284-2008 filed November |
| | : 16, 2010 |

## ORDER

**PER CURIAM**

AND NOW, this 2nd day of October, 2014, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to the Superior Court for reconsideration in light of Commonwealth v. Castro, ___ A.3d ___, 2014 WL 2722742 (Pa. filed Jun. 16, 2014).